THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Cause No. **1:21 - CV - 41**

| | | |
|---|---|---|
| Julian Rios | § | |
|     Plaintiff | § | |
| | § | JURY TRIAL |
| vs. | § | |
| | § | |
| City of San Benito, Texas | § | |
|     Defendant | § | |

PLAINTIFF'S COMPLAINT FOR TEMPORARY RESTRAINING ORDER,
DECLARATORY JUDGMENT,
AND PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF

1. Plaintiff Julian Rios, through his undersigned counsel, respectfully requests this Court issue a Temporary Restraining Order, Declaratory Judgment, and Preliminary and Permanent Injunctive Relief and Damages. In support thereof, Plaintiff shows unto the Court as follows:

2. PRELIMINARY STATEMENT.

3. JULIAN RIOS [hereinafter, "Rios"] is a citizen of San Benito, Cameron County, Texas who was appointed to serve a two-year term as a member of the San Benito Economic Development Corporation by Mayor Gomez and his appointment was approved unanimously by the city commission.

4. Rios' term is set to end on May 31, 2022.

5. On February 24, 2021, Rios received a letter from the newly elected and incoming City of San Benito Mayor Ricardo Guerra removing Rios from his service to the San Benito Economic Development Corporation Board of Directors without cause and without the established due process established by the bylaws and the Texas Non-Profit Act, which requires that any removal from the San Benito Economic Development

Corporation be brought before the City Commission to be voted up or down by the City Commissioners.

6. Rios requested his due process hearing and asked that the item seeking his removal be placed on the agenda and be brought before a vote of the City Commission before his removal would go into effect.  Rios has fulfilled his duties and he has received glowing reports from the powers of being that his performance is above par.

7.  Rios requested to remain on the San Benito Economic Development Corporation as Chief Executive Officer.  The City of San Benito by and through its Mayor Guerra responded that Rios is to be removed at will without a due process hearing in violation of the U.S. Constitution Due Process Clause in the Fourteenth Amendment and in violation of the bylaws and without a vote by the city commission as mandated by law, rules, and regulations.

8.  Rios has a property interest in the Board of Director position as term is set to expire until May 31, 2022.

9. This is a civil action whereby Plaintiff prays for a temporary restraining order, declaratory judgment, damages, and injunctive relief enjoining Defendants, their agents, servants, employees, and those acting in concert with actual notice thereof from any further withholding of Rios's appointment and service on the San Benito Economic Development Corporation Board of Directors.  The Plaintiff is entitled to the requested relief because Defendant City has violated and continues to violate Rios's below-referenced rights under the Constitution and laws of the United States and, further, by executing and continuing to execute Defendant City's letter to remove Rios from the San Benito Economic Development Corporation Board of Directors Defendant City has

violated and will further violate Rios's below referenced rights under the Constitution and laws of the United States. The Plaintiff seeks a declaration from this Court that Defendant City's Order violates and continues to violate, and that Defendant City's Order, violates and continues to violate the First, Eighth, and Fourteenth Amendments to the United States Constitution, Title 42 U.S.C. §1983. Plaintiff seeks a temporary restraining order, and preliminary and permanent injunction requiring Defendant City to reinstate Rios to the San Benito Economic Development Corporation Board of Directors and to refrain from issuing any further orders that would result in the removal of Rios from the San Benito Economic Development Corporation Board of Directors.  Plaintiff further seeks a temporary restraining order, and preliminary and permanent injunction requiring Defendant City to refrain from further depriving Rios of his property right to serve the citizens of San Benito by and through the San Benito Economic Development Corporation Board of Directors. The Plaintiff also requests actual damages, costs, and attorney's fees.

**JURISDICTION AND VENUE**

10. This action arises under the United States Constitution, particularly the First and Fourteenth Amendments, and under federal law, specifically, Title 42 U.S.C. §1983. This court has jurisdiction:

a. over Plaintiff's civil claims arising under the United States.

b. Constitution and federal law pursuant to 28 U.S.C. § 1331, 29 U.S.C. §794, 42 U.S.C. § 1983, and 42 U.S.C. §12101 et seq.;

c. Over Plaintiff's prayer for preliminary and permanent injunctive relief and damages under F.R.C.P. 65(a);

d. Over Plaintiff's prayer for declaratory relief under Title 28 U.S.C. § 2201; and,

e. To award attorney's fees pursuant to Title 42 U.S.C. § 1988.

3

11. Venue is proper under 28 U.S.C. § 1391 in the Southern District of Texas because this claim arose therein. Each and all the acts alleged herein were done by the Defendants under the color and pretense of state law, statutes, ordinances, regulations, or customs.

**THE PARTIES**

12. Plaintiff Julian Rios is a citizen of the United States and was, always relevant to this complaint, a resident of Cameron County.

13. Defendant City of San Benito is a city incorporated under the laws of the State of Texas and may be served with process by serving the City Secretary Ruth McGinnis.

**COUNT ONE**
**VIOLATION OF FOURTEENTH AMENDMENT DUE PROCESS**
**RIGHT TO A FAIR AND IMPARTIAL HEARING**

14. Rios incorporates by reference paragraphs 1 through 13 as if fully restated here and further state the following. The San Benito Economic Development Corporation sets out the grounds for removal of a Board of Director and it reads as follows:  By recommendation by the position of Mayor and voted on by the entire commission.  Mayor Guerra may propose Rios for termination as the appointment is at will; however, Mayor Guerra may recommend the termination, but the commission must vote to approve.  Without the approval of the majority of the city commissioners the recommendation to terminate will fail, not take place, and Rios would remain as a member of the San Benito Economic Development Corporation.

15.  The Non-Profit Corporation Act, the by-laws, the statute, and the regulations vest in Rios a property right that may only be taken away from Rios by a majority vote of the City Commission.  The act also makes the notice and hearing mandatory in that the

4

item must be placed on the City Commission's Agenda and it must be voted on in public at a public meeting.  It is not a discretionary act of the mayor and the City and City Commission. The City is obligated by law as a recipient of federal and state funds to abide by federal and state law. City and Mayor have violated federal law, local governmental statutes, and the by-laws, and have deprived Rios of his due process rights and his right to notice and to be heard; thus, depriving him of his first amendment right to grieve, assembly, speak and be heard in violation of the U.S. Constitution the First, Fourth, and Fourteenth Amendments.

16.  Rios is being retaliated against by Mayor Guerra because Rios supported Mayoral Candidate Celeste Sanchez.  Rios set up a campaign sign on the flatbed of his pickup truck with Sanchez's campaign sign.  Rios' pickup truck was vandalized, and his windows were broken during the heated campaign.  This political retaliation violates Rios' First Amendment right to support the candidate of his choice.

17.  The procedural due process rules are meant to protect persons from the mistaken or unjustified deprivation of life, liberty, or property. Thus, the required elements of due process are those that "minimize substantively unfair or mistaken deprivations" by enabling persons to contest the basis upon which a state proposes to deprive them of protected interests. The core of these requirements is notice and a hearing before an impartial tribunal. Due process may also require an opportunity for confrontation and cross-examination, and for discovery; that a decision be made based on the record, and that a party be allowed to be represented by counsel.

(1) Notice. An elementary and fundamental requirement of due process in any proceeding which is to be accorded finality is notice reasonably calculated, under all the

circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections.

(2) Hearing. Some form of hearing is required before an individual is finally deprived of a property interest. This right is a basic aspect of the duty of government to follow a fair process of decision making when it acts to deprive a person of his possessions and any property interest. The purpose of this requirement is not only to ensure abstract fair play to the individual. Its purpose, more particularly, is to protect his use and possession of property from arbitrary encroachment. Thus, the notice of hearing and the opportunity to be heard must be granted at a meaningful time and in a meaningful manner.

18. Here, Rios has never received the federally mandated due process hearing and has been deprived of his property interest in his position as President and a member of the San Benito Economic Development Corporation Board of Directors as violation of fourteenth amendment procedural due process rights.

19. Rios incorporate by reference paragraphs 1 through 18 as if fully restated here and further state the following.   A proceeding for the purpose of obtaining state authority to terminate Rios from the San Benito Economic Development Corporation Board of Directors is a proceeding for state authorization to remove and deprive Rios of his property right to serve on the San Benito Economic Development Corporation Board of Directors said hearing did not take place in violation of Rios's right to procedural due process as guaranteed by the Fourteenth Amendment to the United States Constitution.

20. At all times relevant, Guerra as the mayor of City is an official acting on behalf of City with authority of law. The due process violations against Rios have been

6

under color of state law. Mayor Guerra has engaged in political retaliation because Rios and Rios' family members also exercised their first amendment right to support the candidacy of Celeste Sanchez who opposed Guerra in the highly contested mayoral election.

**PRAYER**

21. WHEREFORE, Rios respectfully prays that this Court grant the following relief.

A. An immediate hearing on Rios's Motion for Temporary Restraining Order, and, upon hearing, enter an Order restraining Defendants from further withholding Rios's position on the San Benito Economic Development Corporation Board of Directors;

B. Enter a declaration that the February January 24, 2021 letter terminating Rios's term on the San Benito Economic Development Corporation Board of Directors is null and void because of the total denial of his procedural due process rights;

C. Hold a jury trial to determine the nature and extent of the deprivation of constitutional and statutory rights to Rios;

D. Award an amount over the jurisdictional limits of the court in damages to Rios for denying his federal constitutional and statutory rights.

E. Award Rios the reasonable costs and expenses of this action, including attorney's fees in accordance with 42 U.S.C. § 1988.

7

F. Grant such other and further relief as this Court shall seem just and equitable.

G. That this Court retain jurisdiction of this matter for the purpose of enforcing

this Court's order.


Dated: March 25, 2021.


Respectfully submitted,

Law Office of Elia Cornejo Lopez
1040 South Frontage Road
Brownsville, Texas 78520


By: _____/s/_____
Hon. Elia Cornejo Lopez
SBN: 04828800
eclopezlaw@yahoo.com
(956) 909-6963
ATTORNEY FOR PLAINTIFF


**Certificate of Service** I hereby affirm that a copy of this lawsuit was emailed to Mark

Sossi attorney for City of San Benito and the City Secretary pursuant to State Law on

March 25, 2021, and served by process server on Ruth McGinnis, city secretary.


By: _____/s/_____
Hon. Elia Cornejo Lopez

8